UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

RUGS ON STONE, INC., :

                Plaintiff, : **REVISED ORDER**

    - against - : 09 Civ. 6567 (LTS)(FM)

RLI INSURANCE CO., :

                Defendant. :

-----------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/09

**FRANK MAAS**, United States Magistrate Judge.

        Pursuant to the telephone conference held earlier today, it is hereby

ORDERED that:

1. By November 19, 2009, defense counsel shall send the Court a letter describing the circumstances surrounding the defendant's appraisals of the rugs in question, including the dates when and the purposes for which the appraisals were created.

2. By November 30, 2009, the plaintiff shall turn over any documents reflecting the purchase price of the rugs.

3. Before December 23, 2009 the parties shall confer and agree upon one additional rug to be cleaned by a rug cleaner selected by the defendant. The cleaning shall take place at the plaintiff's place of business prior to December 23. The defendant shall indemnify the plaintiff for any additional damage caused by the cleaning process.

    4.    A settlement conference shall be held on December 23, 2009 at 10 a.m. in Courtroom 20A, United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:    New York, New York
November 12, 2009

_____
FRANK MAAS
United States Magistrate Judge

Copies to:

Hon. Laura Taylor Swain
United States District Judge

Robert D. Becker, Esq.
Fax: (212) 593-3807

John A. V. Nicoletti, Esq.
Samuel C. Coluzzi, Esq.
Nicoletti Hornig & Sweeney
Fax: (212) 220-3780